Filed Nov. 6, 1889.

---

No. 14,341.

CRAVENS v. THE EAGLE COTTON MILLS COMPANY.

From the Jennings Circuit Court.

C. E. Walker, A. 'D. Van Osdol and H. Francisco, for appellant.

C. A. Korbly and W. O. Ford, for appellee.

MITCHELL, J.—The questions involved in this appeal are identical with those considered in Cravens v. Eagle Cotton Mills Co., ante, p. 6, and in pursuance of the stipulation that a decision in one case should determine both, the judgment of the circuit court in the above entitled cause is affirmed, with costs.

Filed June 19, 1889; petition for a rehearing overruled Sept. 20, 1889.

---

No. 14,929.

AVERY v. THE INDIANA AND OHIO OIL, GAS, AND MINING COMPANY.

From the Jay Circuit Court.

C. Corwin, J. M. Smith, W. E. Niblack, A. L. Mason, J. C. Nelson and Q. A. Meyers, for appellant.

J. B. Cohrs, R. C. Bell and S. R. Morris, for appellee.

ELLIOTT, C. J.—The judgment in this case is affirmed upon the authority of State, ex rel., v. Indiana and Ohio, etc., Mining Co., ante, p. 575.

Filed Nov. 6. 1889.

---

No. 13,807.

CROW v. BANNISTER.

From the Sullivan Circuit Court.

W. S. Maple and J. S. Bays, for appellant.

J. T. Beasley, A. B. Williams and J. C. Briggs, for appellee.

MITCHELL, J.—This was an action by Crow against Bannister, to recover the possession of a tract of land in Sullivan county. Trial by the court, finding and judgment for the defendant.

The only question made upon this appeal relates to the sufficiency of the evidence to sustain the finding of the court. It is only necessary to say the evidence fully sustains the finding.

Judgment affirmed, with costs.

Filed Oct. 16, 1889.